Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

SUSAN RENE JONES )
)
)
)
Plaintiff )
v. )
METROPOLITAN LIFE INSURANCE CO.; )
MERCK & CO., INC.; AND MERCK AND CO., )
INC. NON UNION LONG TERM DISABILITY )
PLAN )
Defendant )

Civil Action No.   C08 03971 JW RS

ADR
E-FILING

### Summons in a Civil Action

To: METROPOLITAN LIFE INSURANCE CO. through its President C. Robert Henrikson

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

ROBERT B. NICHOLS
300 South First Street, Suite 205
San Jose, CA 95113
(408) 298-9755

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: AUG 20 2008

Tiffany Salinas-Harwell
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*