**United States District Court**
For the Northern District of California

**\*E-FILED\***
**August 26, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RENE JONES, | No. C  08-03971 JW (RS) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL**<br>**RE:   REFERRED MATTERS** |
| METROPOLITAN LIFE INSURANCE<br>COMPANY, et al., | |
| Defendants. | |
| _____/ | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as Magistrate Judge in the above-entitled action.  The Clerk of Court shall reassign the referred matters in this case to another Magistrate Judge.

IT IS SO ORDERED.

Dated:  August 26, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Robert Burton Nichols , Jr    nichols@nicholslawgroup.com, sally@nicholslawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: August 26, 2008

_/s/ BAK_____
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2