**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**August 27, 2008**

**CASE NUMBER:  CV 08-03971 JW**
**CASE TITLE:  SUSAN RENE JONES-v-METROPOLITAN LIFE INSURANCE**
**COMPANY, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable Howard R. Lloyd** for all further discovery matters.        Counsel are instructed

that all future filings shall bear the initials **JW (HRL)** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 08/26/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 08/27/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA