1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CARI COHORN  Bar No.
   rebecca.hull@sdma.com
3  cari.cohorn@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635

6

7  Attorneys for Defendants
   Metropolitan Life Insurance Company;
   Merck & Co., Inc. Long Term Disability Plan
8  for Non Union Employees; Merck & Co., Inc.,
   Administrator for Merck & Co., Inc. Long Term
9  Disability Plan for Non Union Employees

GRANTED

Judge James Ware

10/15/2008

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12  Susan Rene Jones,                          CASE NO. C 08-03971 JW RS

13        Plaintiff,                           STIPULATION FOR EXTENSION OF TIME
                                               FOR DEFENDANTS' RESPONSE TO
14        v.                                   PLAINTIFF'S COMPLAINT

15  Metropolitan Life Insurance Company;
    Merck & Co., Inc. Long Term Disability
16  Plan for Non Union Employees; Merck &
    Co., Inc., Administrator for Merck & Co.,
17  Inc. Long Term Disability Plan for Non
    Union Employees,
18
          Defendants.
19

20        Pursuant to Northern District Local Rule 6-1(a), Plaintiff Susan Rene Jones and

21  Defendants Metropolitan Life Insurance Company; Merck & Co., Inc. Long Term Disability Plan

22  for Non Union Employees; Merck & Co., Inc., Administrator for Merck & Co., Inc. Long Term

23  Disability Plan for Non Union Employees ("defendants") by and through their attorneys, hereby

24  stipulate and agree to an extension of time for defendants to respond to plaintiff's complaint, and

25  that defendants' responsive pleading will be due on or before November 5, 2008.

26  ///

27  ///

28  ///

SF/1540558v1                                -1-              CASE NO. C 08-03971 JW RS
      STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

1    There have been no prior extensions of time.

2    IT IS SO AGREED AND STIPULATED.

3

4    DATED: October 7, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

5

6

7                                    By:/s/ Rebecca A. Hull
                                         Rebecca A. Hull
8                                        Cari Cohorn
                                         Attorneys for Defendants
9                                        Metropolitan Life Insurance Company; Merck & Co., Inc.
                                         Long Term Disability Plan for Non Union Employees;
10                                       Merck & Co., Inc., Administrator for Merck & Co., Inc.
                                         Long Term Disability Plan for Non Union Employees
11

12   DATED: October 7, 2008          NICHOLS LAW GROUP

13

14                                   By:  /s/ Robert B. Nichols (as authorized 10/7/08)
                                         Robert B. Nichols
15                                       Attorneys for Plaintiff
                                         Susan Rene Jones
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT