ROBERT B. NICHOLS (SB# 224763)
nichols@nicholslawgroup.com
300 South First Street, Suite 205
San Jose, CA 95113
Telephone: (408) 298-9755
Facsimile: (408) 298-9699
Attorneys for Plaintiff
SUSAN RENE JONES

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CARI A. COHORN  Bar No. 249056
rebecca.hull@sdma.com
cari.cohorn@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Attorneys for Defendants
Metropolitan Life Insurance Company;
Merck & Co., Inc. Long Term Disability Plan
for Non-Union Employees; Merck & Co., Inc.,
Administrator for Merck & Co., Inc. Long Term
Disability Plan for Non Union Employees

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SUSAN RENE JONES,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; MERCK & CO., INC. LONG TERM DISABILITY PLAN FOR NONUNION EMPLOYEES; MERCK & CO., INC, ADMINISTRATOR FOR MERCK & CO., INC LONG TERM DISABILITY PLAN FOR NON UNION EMPLOYEES<br><br>Defendant. | CASE NO.  5:08 – CV – 03971 JW (_)<br><br>STIPULATION REGARDING PROPOSED AMENDMENT TO SCHEDULING ORDER AND ORDER<br><br>DATE:   OCTOBER 19, 2009<br><br>TIME:   9:00 A.M.<br><br>PLACE:  COURTROOM 8, 4TH FL., SJ |

1   WHEREAS, the Court originally ordered a hearing on Cross Motions for Summary
2   Judgment in this case on or before October 19, 2009.
3   WHEREAS, due to unavoidable circumstances, mediation was delayed until July 30,
4   2009, at which the parties could not resolve the case.
5   WHEREAS, October 19, 2009 on the Court's Calendar is capped out.
6   WHEREAS, previously scheduled conflicts leave December 7, 2009 as the only date
7   available for MetLife Counsel;
8   THEREFORE, all parties and their counsel stipulate to and request the Court's approval
9   of the following extended anticipated time for filing Cross Motions for Summary Judgment.

| | |
|---|---|
| 1. Cross Motions for Summary Judgment | October 19, 2009 |
| 2. Opposition to Cross Motions for Summary Judgment | November 9, 2009 |
| 3. Reply to Oppositions to Cross Motions | November 23, 2009 |
| 4. Hearing Date: | December 7, 2009, at 9:00 A.M., |

Dated:   August 7, 2009      ROBERT B. NICHOLS

/S/ /ROBERT B. NICHOLS
Robert B. Nichols
Attorney for Plaintiff
Susan Rene Jones

Dated:   August 7, 2009      CARI COHORN

/S/ CARI COHORN
Cari Cohorn
Attorney for Defendants

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED THAT** Cross Motions for Summary Judgment shall be filed October 19, 2009; Opposition Memoranda shall be filed November 9, 2009, and Reply Memoranda shall be filed November 23, 2009. The Hearing Date shall be December 7, 2009, at 9:00 A. M.

Dated: August 19, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE