1    SEDGWICK, DETERT, MORAN & ARNOLD LLP
     REBECCA A. HULL  Bar No. 99802
2    CARI A. COHORN  Bar No. 249056
     rebecca.hull@sdma.com
3    cari.cohorn@sdma.com
     One Market Plaza
4    Steuart Tower, 8th Floor
     San Francisco, California 94105
5    Telephone: (415) 781-7900
     Facsimile: (415) 781-2635

6

7    Attorneys for Defendants
     Metropolitan Life Insurance Company;
8    Merck & Co., Inc. Long Term Disability Plan
     for Non Union Employees; Merck & Co., Inc.,
9    Administrator for Merck & Co., Inc. Long Term
     Disability Plan for Non Union Employees

10

11                UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14    Susan Rene Jones,              CASE NO. C 08-03971 JW RS

15         Plaintiff,             **STIPULATION OF CONTINUANCE OF CROSS MOTIONS FOR SUMMARY JUDGMENT AND DEFENDANTS'**

16         v.                 **MOTION TO STRIKE AND [PROPOSED]**

17    Metropolitan Life Insurance Company;    **ORDER**
     Merck & Co., Inc. Long Term Disability
18    Plan for Non Union Employees; Merck &    JUDGE:    Hon. James Ware
     Co., Inc., Administrator for Merck & Co.,    DEPT:     8, 4th Floor
19    Inc. Long Term Disability Plan for Non
     Union Employees,

20

21         Defendants.

22        Defendants Metropolitan Life Insurance Company; Merck & Co., Inc. Long Term

23    Disability Plan for Non Union Employees; Merck & Co., Inc., Administrator for Merck & Co.,

24    Inc. Long Term Disability Plan for Non Union Employees ("Defendants") and plaintiff Susan

25    Rene Jones, ("Plaintiff") by and through their respective attorneys of record, hereby agree and

26    stipulate as follows:

27        WHEREAS, the Court has scheduled the hearing on Cross Motions for Summary

28    Judgment in this case to be heard on February 1, 2010.

1    WHEREAS, the Defendants have filed a Motion to Strike Plaintiff's Response to

2 Defendants' Notice of Need for Further CMC currently set for hearing on March 15, 2010.

3    WHEREAS, the Parties request a continuance of the hearing and briefing dates of both

4 the Cross Motions for Summary Judgment and Defendants' Motion to Strike to April 5, 2010.

5    WHEREAS, none of the parties will be prejudiced by extension of the briefing and

6 hearing of the summary judgment cross motions or motion to strike.

7    NOW, THEREFORE, the Parties hereby stipulate and mutually request that the Court

8 grant an extension of the briefing schedule and hearing date for summary judgment cross

9 motions so that opening briefs shall be due January 18, 2010, oppositions briefs shall be due

10 February 8, 2010, reply briefs shall be due February 22, 2010 and a hearing set for 9:00 a.m. on

11 April 5, 2010.  Plaintiff's opposition to defendants' motion to strike shall be due February 8,

12 2010, defendants' reply shall be due February 22, 2010, and the hearing shall be held

13 concurrently with the hearing on the cross motions for summary judgment on April 5, 2010.

14

15 IT IS SO STIPULATED.

16  DATED:  December 18, 2009    ROBERT B. NICHOLS

17

18

19                                      By:   /s/ Robert B. Nichols
                                             Robert B. Nichols
20                                           Attorneys for Plaintiff Susan Rene Jones

21
    DATED:  December 18, 2009    SEDGWICK, DETERT, MORAN & ARNOLD LLP
22

23

24                                      By:    /s/ Cari A. Cohorn
                                             Rebecca A. Hull
25                                           Cari A. Cohorn
                                             Attorneys for Attorneys for Defendants
26                                           Metropolitan Life Insurance Company;
                                             Merck & Co., Inc. Long Term Disability Plan
27                                           for Non Union Employees; Merck & Co., Inc.,
                                             Administrator for Merck & Co., Inc. Long Term
28                                           Disability Plan for Non Union Employees

                                         -2-              CASE NO. C 08-03971 JW RS
SF/1649984v1        STIPULATION OF CONTINUANCE OF CROSS MOTIONS FOR SUMMARY JUDGMENT AND
                    DEFENDANTS' MOTION TO STRIKE AND [PROPOSED] ORDER

[PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS ORDERED THAT Cross Motions for Summary Judgment shall be filed January 18, 2010, Opposition Memoranda shall be filed February 8, 2010 and Reply Memoranda shall be filed February 22, 2010.  Plaintiff's Opposition Memorandum regarding Defendants' Motion to Strike shall be filed February 8, 2010, and Defendants' Reply Memorandum shall be filed February 22, 2010.  The Hearing Dates for Cross Motions for Summary Judgment and Defendants' Motion to Strike shall be April 5, 2010.

IT IS SO ORDERED.

DATED:   December 21, 2009    _____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

SF/1649984v1

STIPULATION OF CONTINUANCE OF CROSS MOTIONS FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO STRIKE AND [PROPOSED] ORDER