| | |
|---|---|
| 1 | ROBERT B. NICHOLS (SB# 224763) |
| | nichols@nicholslawgroup.com |
| 2 | 300 South First Street, Suite 205 |
| | San Jose, CA  95113 |
| 3 | Telephone:  (408) 298-9755 |
| | Facsimile:   (408) 298-9699 |
| 4 | Attorneys for Plaintiff |
| | SUSAN RENE JONES |
| 5 | |
| | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 6 | REBECCA A. HULL  Bar No. 99802 |
| | rebecca.hull@sdma.com |
| 7 | One Market Plaza |
| | Steuart Tower, 8th Floor |
| 8 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 9 | Facsimile: (415) 781-2635 |
| 10 | Attorneys for Defendants |
| | Metropolitan Life Insurance Company; |
| 11 | Merck & Co., Inc. Long Term Disability Plan |
| | for Non Union Employees; Merck & Co., Inc., |
| 12 | Administrator for Merck & Co., Inc. Long Term |
| | Disability Plan for Non Union Employees |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Susan Rene Jones, | | **CASE NO. C 08-03971 JW PVT** |
|     Plaintiff, | | **STIPULATION TO EXTEND REPLY BRIEF DUE DATES AND [PROPOSED] ORDER** |
| v. | | |
| Metropolitan Life Insurance Company; Merck & Co., Inc. Long Term Disability Plan for Non Union Employees; Merck & Co., Inc., Administrator for Merck & Co., Inc. Long Term Disability Plan for Non Union Employees, | | DATE:     MAY 24, 2010 |
| | | TIME:     9:00 A.M. |
| | | PLACE:   COURTROOM 8, 4th Floor |
|     Defendants. | | |

Defendants Metropolitan Life Insurance Company; Merck & Co., Inc. Long Term Disability Plan for Non Union Employees; Merck & Co., Inc., Administrator for Merck & Co., Inc. Long Term Disability Plan for Non Union Employees ("Defendants") and plaintiff Susan Rene Jones, ("Plaintiff") by and through their respective attorneys of record, hereby agree and stipulate as follows:

-1-     CASE NO. C 08-03971 JW PT
STIPULATION TO EXTEND DUE DATE OF REPLY BRIEFS ON CROSS MSJs AND MOTION TO STRIKE

1  WHEREAS, pursuant to prior Stipulations, the Court has scheduled the hearing on the parties' Cross Motions for Summary Judgment and on Defendants' Motion to Strike in this case to be heard on May 24, 2010, with Reply Briefs due April 19, 2010;

4  WHEREAS, the parties do not seek to continue the hearings on their respective Cross Motions for Summary Judgment or on defendants' Motion to Strike;

6  WHEREAS, Plaintiff's counsel suffered a computer crash Monday evening and is just recovering the documents and data related to this case;

8  WHEREAS, counsels' earliest mutually available date for filing reply briefs is May 3, 2010;

10  WHEREAS, the Parties agree that a continuance of the filing date is appropriate in light of the circumstances, and jointly request that the Court extend the due date for Reply Briefs until May 3, 2010, while retaining the May 24, 2010 hearing date for their respective Cross Motions for Summary Judgment and Defendants' Motion to Strike.

14  WHEREAS, neither the parties nor the Court will be prejudiced by extending the Reply Briefs' due dates;

16  NOW, THEREFORE, the Parties hereby stipulate and mutually request that the Court grant an extension of the due date for reply briefs on their respective Cross Motions for Summary Judgment and Defendant's Motion to Strike of May 3, 2010, while retaining the hearing date currently set for 9:00 a.m. on May 24, 2010.

20  IT IS SO STIPULATED.

21  DATED:  April 8, 2010            ROBERT B. NICHOLS

                                     By:   /s/ Robert B. Nichols
                                           Robert B. Nichols
                                           Attorneys for Plaintiff Susan Rene Jones

26  DATED:  April 8, 2010            SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                     By:   /s/ Rebecca A. Hull
                                           Rebecca A. Hull
                                           Attorneys for Attorneys for Defendants

[~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION, IT IS ORDERED THAT Reply Briefs on the parties' Cross Motions For Summary Judgment and on Defendant's Motion To Strike shall be due May 3, 2010, with a hearing set for 9:00 a.m. on May 24, 2010 on all motions.

IT IS SO ORDERED.

DATED: April 13, 2010

_____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE