**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN RENE JONES,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE CO. et al.,

    Defendants.
    /

No. 08-3971-JW (EDL)

**ORDER REGARDING BRIEFING ON SUPPLEMENTAL AND AMENDED MOTION TO STRIKE**

On May 19, 2010, Judge Ware referred Defendants' Motion to Strike (Dkt. #41) to this Court in its capacity as ADR Magistrate Judge for adjudication. Thereafter, Defendants filed a Supplemental and Amended Motion to Strike (Dkt. #108) which supercedes their original motion to strike. Defendants shall withdraw their superceded motion, and the parties shall adhere to the following schedule with respect to the Supplemental and Amended Motion to Strike:

• Plaintiff's Opposition shall be filed by June 22, 2010;

• Defendants' Reply shall be filed by June 29, 2010; and

• A hearing on the Motion shall be held on July 13, 2010 at 9:00 a.m.

This matter will be conducted on the record, but under seal as appropriate to preserve ADR confidentiality, and further briefing shall be submitted in compliance with Civil Local Rule 79-5.

Dated: June 8, 2010

                                                _____
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge