IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Susan Rene Jones, | NO. C 08-03971 JW |
|     Plaintiff,<br>v.<br>Metropolitan Life Ins. Co., et al.,<br>    Defendants.<br>_____/ | **ORDER REFERRING NON-DISPOSITIVE MOTION TO CHIEF MAGISTRATE JUDGE JAMES** |

Presently before the Court is Defendants' Amended Motion to Strike all references in Plaintiff's various filings to confidential settlement communications.[1] Defendants contend that Plaintiff's descriptions of communications that occurred during the course of a court-sponsored mediation are inadmissible under Fed. R. Evid. 408, violate the ADR Rules of this Court, and breach the parties' written confidentiality agreement.  (Id.)

On December 16, 2009, Plaintiff moved to strike Plaintiff's Response to Defendants' Request for Further Case Management Conference on the ground that it contained lengthy discussion of the parties' confidential settlement communications.[2]  On May 19, 2010, the Court issued an Order Referring Defendants' Motion to Strike to Judge Laporte since the Motion involves

---

[1] (Defendants' Supplemental and Amended Motion to Strike Plaintiff's Response to Defendants' Notice of Need for Further Case Management Conference (Doc. 36), and Portions of Doc. Nos. 46, 47, 48, 49, 50, 72, 85, 86, 94, 95, and Exhibit 75 to Doc. No. 87; Request for Sanctions, hereafter, "Amended Motion to Strike," Docket Item No. 108.)

[2] (Defendants' Motion to Strike Plaintiff's Response to Defendants' Notice of Need for Further Case Management Conference, Docket Item No. 41.)

alleged violation of the Court's ADR Program. (hereafter, "May 19 Order," Docket Item No. 101.) In its May 19 Order, the Court concluded that it could not consider the merits of Defendants' Motion to Strike without examining the substance of the confidential statements themselves. (<u>Id.</u> at 1.) On June 4, 2010, Defendants filed their Amended Motion to Strike, which superceded the December 16 Motion to Strike. (<u>See</u> Amended Motion to Strike.)

On June 8, 2010, Judge Laporte ordered Defendants to withdraw their superceded Motion to Strike and set a briefing schedule on the Amended Motion. (Docket Item No. 112.) On June 14, 2010, Judge Laporte recused herself from this matter. (Docket Item No. 114.) The matter was then referred to Judge Larson, who also subsequently recused himself. (Docket Item No. 115.)

The Court refers this matter to the Chief Magistrate Judge James for assignment to the appropriate Magistrate Judge to resolve this pending Motion, which is a non-dispositive motion relating to confidentiality rules for Court-sponsored ADR processes.

Dated: June 16, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Rebecca A. Hull rebecca.hull@sdma.com
Robert Burton Nichols nichols@nicholslawgroup.com

**Dated:  June 16, 2010**                                       **Richard W. Wieking, Clerk**

                                                                **By:      /s/ JW Chambers
                                                                       Elizabeth Garcia
                                                                       Courtroom Deputy**