UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

SUSAN RENE JONES,
    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.
    Defendants.
_____/

No. C 08-3971 JW

**ORDER REFERRING NON-DISPOSITIVE MOTION TO MAGISTRATE JUDGE RYU**

On July 15, 2010, defendants submitted a complaint alleging material violations of the ADR Local Rules under ADR L.R. 2-4(b). Ordinarily, this matter would be referred to the ADR Magistrate Judge for a ruling. As ADR Magistrate Judge Laporte has recused herself in this matter, and as the court has already referred to Magistrate Judge Ryu defendants' related motion to strike, the court hereby refers defendants' complaint for violation of the ADR Local Rules to Magistrate Judge Ryu.

IT IS SO ORDERED.

July 20, 2010
Dated

By: _____
Maria-Elena James
Chief United States Magistrate Judge