**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RENE JONES, | No. C-08-03971-JW (DMR) |
| Plaintiff, | **ORDER TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| METROPOLITAN LIFE INSURANCE CO., et al., | |
| Defendants. / | |

On August 9, 2010, this Court received a chambers copy of Plaintiff's Memorandum in Opposition ("Opposition") to Defendants' Motion to Strike, which had been lodged with the Clerk on August 5, 2010. Per the Court's July 20, 2010 order, the parties were required to submit all further briefing on this matter in compliance with Civil Local Rule 79-5. *See* Docket No. 126. Plaintiff failed to do so and submitted two copies of Plaintiff's entire opposition brief under seal, without an administrative motion in conformance with Local Rule 7-11 (requiring, *inter alia*, a stipulation requesting judicial action or an explanation why a stipulation could not be reached) and proposed order. However, Defendants' counsel has informed the Court that Defendants do not oppose the filing of Plaintiff's entire brief under seal.

Accordingly, because the underlying motion to strike and opposition thereto involve potential issues of ADR confidentiality, the Court orders that Plaintiff's Opposition be filed under seal.

Plaintiff shall follow the procedures for e-filing the Opposition under seal as set forth in paragraph 5 of General Order 62. Nothing in this order should be construed in any manner as bearing on the merits of Defendants' Motion to Strike.

   IT IS SO ORDERED.

Dated: August 10, 2010

_____
DONNA M. RYU
United States Magistrate Judge