IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Susan Rene Jones, | NO. C 08-03971 JW |
| Plaintiff, <br> v. | **ORDER REQUIRING ADDITIONAL FILINGS; CONTINUING HEARING** |
| Metropolitan Life Ins. Co., et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion for Attorney Fees.[1]  On January 3, 2012, the Ninth Circuit transferred to this Court Plaintiff's application for attorney fees in the Ninth Circuit. (Docket Item No. 180.)  Pursuant to that transfer, on January 8, 2012, Plaintiff filed a Motion for Ninth Circuit Attorney Fees.  (See Plaintiff Jones's Notice of Motion on Fee Application Transferred from Ninth Circuit, hereafter, "January 8 Motion," Docket Item No. 179.)  In the January 8 Motion, which Plaintiff noticed for February 13, 2012, Plaintiff moved the Court to "grant her Attorney's Fee Application transferred from the [Ninth Circuit]," on the basis of, *inter alia*, "all filings, proceedings, and orders in the Ninth Circuit, any filings in this Court with respect to the Ninth Circuit appeal and fee application, . . . and . . . the entire record, the accompanying Memorandum, [and] the accompanying Declarations and Exhibits."  (Id. at 1-2.)  However, Plaintiff

---

[1] (Plaintiff Jones's Restated Notice of Motion and First Interim Motion for Attorney Fees, hereafter, "Motion," Docket Item No. 178.)  This Motion is duplicative of an earlier-filed Motion for Attorney Fees, which Plaintiff filed on December 14, 2011.  (See Plaintiff Jones's First Interim Motion for Attorney Fees, hereafter, "December 14 Motion," Docket Item No. 172.)  Accordingly, the Court DENIES as moot the duplicative December 14 Motion.

attached none of these papers to her January 8 Motion. Nor has Plaintiff, or any party, filed any of these papers with the Court, frustrating the Court's efforts at evaluating this Motion.

Accordingly, the Court ORDERS Plaintiff to file, as a separate docket item, her Attorney Fee Application from the Ninth Circuit, along with all the accompanying documents referred to in Plaintiff's January 8 Motion. In order to provide the Court sufficient time to evaluate these materials, the Court CONTINUES the hearing on both Plaintiff's Motion for Attorney Fees and Plaintiff's Motion for Ninth Circuit Attorney Fees to **February 27, 2012 at 9 a.m.**

Dated: February 2, 2012

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Erin A. Cornell erin.cornell@sedgwicklaw.com
Rebecca A. Hull rebecca.hull@sedgwicklaw.com
Robert Burton Nichols nichols@nicholslawgroup.com

**Dated: February 2, 2012**                                       **Richard W. Wieking, Clerk**

                                                                  **By:     /s/ JW Chambers
                                                                         Susan Imbriani
                                                                         Courtroom Deputy**