UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN RENE JONES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. C-08-3971-RMW<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>[Re: Docket No. 215] |

Defendants request a status conference to assist the parties in moving this litigation to a conclusion. The court sets a case management conference for Friday, July 25, 2014 at 10:30 a.m. in Courtroom 6. If necessary, Plaintiff's counsel may move for leave to appear telephonically. The parties must also meet and confer to determine the issues remaining in the case for the court to decide. The joint case management statement to be filed prior to the case management conference must include a list of these issues.

Dated: June 12, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER SETTING STATUS CONFERENCE
Case No. C-08-3971-RMW
RDS
- 1 -