UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RENE JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.,<br><br>　　　　Defendants. | Case No.  08-cv-03971-RMW<br><br>**ORDER REQUESTING DEFENDANTS' RESPONSE REGARDING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 250 |

Plaintiff has moved for reconsideration of the court's October 3, 2014 order granting-in-part and denying-in-part plaintiff's motion for leave to amend, *see* Dkt. Nos. 237, 250. Pursuant to Civil Local Rule 7-9(d), the court requests that defendants file a response to plaintiff's motion addressing whether plaintiff has made the required showing under Civil Local Rule 7-9(b) for reconsideration of the court's prior order. Defendants' response shall be filed no later than 10 days from the date of this order.

**IT IS SO ORDERED**.

Dated: February 24, 2015

_____
Ronald M. Whyte
United States District Judge

ORDER
08-cv-03971-RMW                              1