UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RENE JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.,<br><br>　　　　Defendants. | Case No.  08-cv-03971-RMW<br><br>**ORDER REQUESTING RESPONSES FROM DEFENDANT AND PLAINTIFF**<br><br>Re: Dkt. No. 269 |

On June 18, 2015 plaintiff filed a motion to amend the scheduling order in this case vacating the current trial date and setting dates for cross-motions for summary judgment. Dkt. No. 269. The court understands plaintiff's motion as seeking to resolve the case on summary judgment in lieu of a bench trial.

The court requests that defendant file a response to plaintiff's motion. In its response, the defendant should identify any issues that would not be amenable to resolution on summary judgment, if any. The court also requests that plaintiff file a short brief identifying any issues plaintiff believes could not be resolved on summary judgment, if any.

**IT IS SO ORDERED.**

Dated: June 29, 2015

　　　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　United States District Judge

08-cv-03971-RMW
ORDER REQUESTING RESPONSES

1