UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN RENE JONES,<br><br>    Plaintiff,<br><br>V.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 08-3971-RMW<br><br>**ORDER FOLLOWING JULY 31, 2015 HEARING** |

The court held a hearing in this case on July 31, 2015. Pursuant to the parties' stipulation at the hearing, the court accepts the stipulation and hereby ORDERS as follows:

The remaining issues in this case are: (1) were Ms. Jones's disability benefits properly subject to a DDSSDI offset? (2) if so, what plan language applies to authorize the offset determination? (3) are penalties owed by any defendants for failure to produce certain documents? Defendants have agreed that the present defendants will pay any award in favor of plaintiff.

On or before August 21, 2015 plaintiff may file a motion to compel production of the attorney communications to which she contends she is entitled. The motion shall be noticed and associated briefing shall be filed pursuant to the Local Rules.

The parties also agreed that the action will be resolved by cross-motions for summary judgment to be heard on January 22, 2016 at 9 a.m. in courtroom 6 of the above-entitled court. The

1  motions shall be noticed and associated briefing shall be filed pursuant to the Local Rules, and the
2  opening cross-motions shall be filed on December 18, 2015.
3      Finally, the parties agreed that if the case proceeds to a bench trial, neither party intends to
4  call live witnesses.

6  Dated: August 10, 2015



RONALD M. WHYTE
United States District Judge