UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RENE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.,<br><br>    Defendants. | Case No. 08-cv-03971-RMW<br><br>**ORDER RE DEADLINE FOR PRODUCTION OF DOCUMENTS FOR IN CAMERA REVIEW**<br><br>Re: Dkt. No. 306 |

On October 2, 2015, the court issued an order granting-in-part plaintiff's motion to compel and ordering defendants to produce certain documents for *in camera* review by the court. *See* Dkt. No. 306. Defendant shall file such documents with the court under seal, without providing a copy to plaintiff within 30 days of the date of this order.

**IT IS SO ORDERED.**

Dated: October 2, 2015

_____
Ronald M. Whyte
United States District Judge

08-cv-03971-RMW
ORDER RE DEADLINE FOR PRODUCTION OF DOCUMENTS FOR IN CAMERA REVIEW
1